**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2062**

In re: GARRY DAVID GALLARDO,

          Petitioner.

On Petition for Writ of Mandamus.  (5:17-cv-00106-FPS-JES)

Submitted:  January 5, 2018

Decided:  January 16, 2018

Before TRAXLER, DIAZ, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Garry David Gallardo, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garry David Gallardo petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 (2012) petition. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*